IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN PHEIL,

    Plaintiff,

v.

SGT. BOWE, CO HAND, CO VARLEY,
CO RABUCK, SGT. ANDERSON and
KIMBERLY RICHARDSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-555-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing plaintiff's claims against Sgt. Anderson; and

    (2) granting summary judgment in favor of Sgt. Bowe, CO Hand, CO Varley, CO Rabuck and Kimberly Richardson and dismissing this case.

By: _/s/ Deputy Clerk_            5-22-12

   Peter Oppeneer, Clerk of Court            Date